IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YASANTE FOY, Individually and as Special Administrator and Special Representative of the Estate of MARK HAYNIE JR, deceased, <br>     Plaintiff, <br><br> vs. <br><br> CITY OF CHICAGO, a Municipal Corporation and, <br> DARRYL JOHNSON, TIM PHILBIN and DONALD BANKS, Individually and as agents, servants, and/or employees of the CITY OF CHICAGO | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:15-cv-03720 <br> ) <br> ) <br> ) Honorable Judge Rueben Castillo <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT**

NOW COMES the, Plaintiff YASANTE FOY, by and through her attorneys TYLER LAW OFFICES pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (F.R.Civ.P. 15(a)), respectfully moves this Honorable court for leave to file her Seventh Amended Complaint. In support thereof, the Plaintiffs state as follows:

1. On February 28, 2017 the Court granted the Defendants motion to dismiss. (see Dkt. 94.)

2. That in the Defendant's initial response to the Plaintiff's discovery, during the deposition of the currently named Defendants and that of former Defendant Officers Rueben DelValle and Jeffery Fiedlieb, Officer White was never mentioned as an officer present at the 11th District during the time Mr. Haynie Jr. was present.

3. That upon further review of the case and material in their entirety and after all deposition were taken and written documents were submitted, the Plaintiff believes that Officer Cedric White was a member of the Chicago Police Department present during Mark Haynie Jr.'s detention at the 11th District Harrison Police Station.

4. That the Plaintiff seeks to removal all claims against the former Defendants Ruben DelValle and Jeffery Friedlieb and add an additional Defendant Cedric White as a named

      party to her lawsuit. (See attached Ex A.)

5.     That officer White has been named as a witness for the Plaintiff and no objection was raised by the Defendant.

6.     That should this motion be granted there will be no change to the matters before the court and no under prejudice or harm will come to either party.

WHEREFORE, Plaintiff, YASANTE FOY moves this Honorable Court for leave to file an Amended Complaint adding an addition Defendant and for any additional relief this Honorable Court deems proper.

Respectfully Submit,

/s/Jesse R. Tyler<br>Counsel for the Plaintiff

Timothy R. Tyler
Jesse R. Tyler
**TYLER LAW OFFICES**
120 West Madison
Suite 204
Chicago, Illinois 60602
312-920-1745